## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-20 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Van Phong Nguyen (1), | |
| Defendant. | |

Having been advised by counsel for the United States that the subject property has been turned over to Defendant's counsel, Defendant's Rule 41(g) Motion for Return of Property is **DENIED AS MOOT**.

Dated: September 23, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge